No. 96–322. NACHREINER BOIE ART FACTORY ET AL. *v.* GORIS ET AL. Ct. App. Wis. Certiorari denied.

No. 96–367. WHITE *v.* RUSH HEALTH SYSTEMS, INC. C. A. 5th Cir. Certiorari denied.

No. 96–426. LO DUCA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–433. CITY OF EVERGREEN ET AL. *v.* STALLWORTH. Sup. Ct. Ala. Certiorari denied.

No. 96–434. MCI TELECOMMUNICATIONS CORP. *v.* UNITED ARAB EMIRATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–436. WEISS *v.* WEISS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–451. NORTH MICHIGAN LAND & OIL CORP. ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL. Ct. App. Mich. Certiorari denied.

No. 96–452. PITRE ET AL. *v.* LOUISIANA TECH UNIVERSITY ET AL. Sup. Ct. La. Certiorari denied.

No. 96–455. DEJESUS ET AL. *v.* SEARS, ROEBUCK & CO., INC. C. A. 2d Cir. Certiorari denied.

No. 96–456. HEALY *v.* FAIRLEIGH DICKINSON UNIVERSITY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–460. LIQUIDATION ESTATE OF DE LAURENTIIS ENTERTAINMENT GROUP *v.* TECHNICOLOR, INC. C. A. 9th Cir. Certiorari denied.